IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHERYL ANN GRUBER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:11-cv-2188 |
| | : | |
| PPL RETIREMENT PLAN, et al., | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 27th day of March, 2012, upon consideration of the cross-motions for summary judgment, and the responses and replies thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 10) is **GRANTED**, and Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**. **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**